[Crim. No. 2273.   First Dist., Div. Two.    Jan. 28, 1944.]

THE PEOPLE, Respondent, v. JOHN WAGNER, Appellant.

Joseph A. Murphy for Appellant.

Robert W. Kenny, Attorney General, and T. G. Negrich, Deputy Attorney General, for Respondent.

THE COURT.—The judgment and the order are affirmed for the reasons given in *People* v. *Wagner, ante,* p. 597 [—— P.2d ——].